# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 10. Bill of Costs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form10instructions.pdf

**9th Cir. Case Number(s):** 18-55914

**Case Name:** Woul Park v. William P. Barr, et al

The Clerk is requested to award costs to (*party name(s)*):

Plaintiff-Appellant Woul Park

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature:** s/Shirley Wei Sher   **Date:** 1/21/2020

(use "s/[typed name]" to sign electronically-filed documents)

| COST TAXABLE DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
|---|---|---|---|---|
| Excerpts of Record* | 5 | 154 | $ .10 | $ 77 |
| Principal Brief(s) (Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief) | 8 | 40 | $ .10 | $ 32 |
| Reply Brief / Cross-Appeal Reply Brief | 8 | 31 | $ .10 | $ 24.80 |
| Supplemental Brief(s) | | | $ | $ |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee | | | | $ |
| | | | **TOTAL:** | $ 133.80 |

*__Example:__ Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:
No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);
TOTAL: 4 x 500 x $.10 = $200.

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 10          Rev. 12/01/2018